**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 95 EAL 2024
                                      : 
           Respondent                  : 
                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court
               v.                       : 
                                      : 
KINTE L. FORD,                          : 
                                      : 
           Petitioner                   : 

## ORDER

**PER CURIAM**

       **AND NOW**, this 7th day of August, 2024, the Petition for Allowance of Appeal is **DENIED**.